# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CR-15-79-JHP |
| ) | |
| WADE LEWIS RITCHIE, ) | |
| ) | |
| Defendant. ) | |

## ORDER

On April 13, 2016, the undersigned United States Magistrate Judge conducted a competency hearing in the case of the Defendant Wade Lewis Ritchie ("the Defendant"). The Defendant appeared in person with appointed counsel Robert S. Williams, and the United States of America ("USA") was represented by Assistant United States Attorney Gregory Dean Burris. The Defendant stipulated to the findings of the Sealed Medical Evaluation Report [Docket No. 33] and waived his competency hearing to which the USA did not object. The Court made an oral finding of competency.

Based on the stipulation of the parties and the forensic evaluation, the undersigned Magistrate Judge FINDS "the [D]efendant is [not] presently suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense." 18 U.S.C. § 4241(d). Accordingly, the undersigned Magistrate Judge ORDERS that the Defendant has been found competent to stand trial.

**IT IS SO ORDERED** this 15th day of April, 2016.

_____
Steven P. Shreder
United States Magistrate Judge
Eastern District of Oklahoma